# IN THE SUPREME COURT OF THE STATE OF NEVADA

STEVE LEIBOWITZ, AN INDIVIDUAL;
AND BARBARA ANN STRZELEC, AN
INDIVIDUAL,

                Appellants,

vs.

SANDRA HUNT, AN INDIVIDUAL,

                Respondent.

No. 79285

**FILED**

JAN 02 2020

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. William D. Kephart, District Judge
      Law Office of S. Don Bennion
      Carbajal Law
      Marquis Aurbach Coffing
      Eighth District Court Clerk

20-00065